UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA </br></br> v. </br></br> KAI JEWELL-MILLER | DOCKET NO. 1:24-CR-10-MR-WCM </br></br> BILL OF INDICTMENT </br></br> Violations: </br> 18 U.S.C. § 2252A(a)(2)(A) </br> 18 U.S.C. § 2252A(a)(1) </br> 18 U.S.C. § 2252A(a)(5)(B) |

FILED
ASHEVILLE, NC

FEB 06 2024

U.S. DISTRICT COURT
W. DISTRICT OF N.C

THE GRAND JURY CHARGES:

**COUNT ONE**

On or about July 22, 2023, in Buncombe County, within the Western District of North Carolina, and elsewhere, the defendant

KAI JEWELL-MILLER

knowingly distributed and attempted to distribute child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that has been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Section 2252A(a)(2)(A).

*Space intentionally left blank.*

1

## COUNT TWO

From on or about July 24, 2023, through to on or about July 25, 2023, in Buncombe County, within the Western District of North Carolina, and elsewhere, the defendant

KAI JEWELL-MILLER

knowingly distributed and attempted to distribute child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that has been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Section 2252A(a)(2)(A).

## COUNT THREE

On or about August 9, 2023, in Buncombe County, within the Western District of North Carolina and elsewhere, the defendant,

KAI JEWELL-MILLER

did knowingly transport child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Section 2252A(a)(1).

*Space intentionally left blank.*

## COUNT FOUR

On or about October 10, 2023, in Mecklenburg County, within the Western District of North Carolina, and elsewhere,

KAI JEWELL-MILLER

knowingly possessed and accessed with intent to view any material that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that involved a prepubescent minor and a minor who had not attained 12 years of age, that has been transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that have been mailed, and shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Section 2252A(a)(5)(B).

*Space intentionally left blank.*

## NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE

Notice is hereby given of 18 U.S.C. § 2253; 18 U.S.C. § 924(d); 18 U.S.C. § 2461(c); and 21 U.S.C. § 853. The following property is subject to forfeiture in accordance with 18 U.S.C. § 2253, 18 U.S.C. § 924(d); 18 U.S.C. § 2461(c); and 21 U.S.C. § 853:

a. Any visual depiction or book, magazine, periodical, film, videotape, or other matter which contains any such depiction, which was produced, transported, mailed, shipped, or received during the violations set forth in this bill of indictment;

b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from proceeds of the violations;

c. Any property, real or personal, used or intended to be used to commit or promote the violations; and

d. If, as set forth in 21 U.S.C. § 853(p), any property described in (a), (b), or (c) cannot be located upon the exercise of due diligence, has been transferred or sold to, or deposited with, a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, all other property of the defendant/s to the extent of the value of the property described in (a), (b) and (c).

The Grand Jury finds probable cause to believe that the following property that was seized on or about October 10, 2023, during the course of the investigation of the offenses herein is subject to forfeiture on one or more of the grounds stated above: one (1) Dell 3510 laptop computer; one (1) iPhone 11; and one (1) Seagate external hard drive.

A TRUE BILL:

DENA J. KING
UNITED STATES ATTORNEY

ALEXIS SOLHEIM
ASSISTANT UNITED STATES ATTORNEY

4